B6F (Official Form 6F) (12/07)

In re __RE/MAX Marquee Partners, Inc., a California corporation__    Case No. __2:10-bk-15425-ER__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx4/105**<br><br>2999 Overland a Calif Corp<br>800 S Brand Blvd<br>Glendale, CA 91204 | X | - | 12/1/2008<br>Rent | | | | 160,902.66 |
| Account No.<br><br>Adams, Nicole<br>PO Box 3886<br>Manhattan Beach, CA 90266 | | - | 06/05/2008<br>Security Deposit | | | | 500.00 |
| Account No.<br><br>Adesida, Soji<br>7916 Dunbarton Ave<br>Los Angeles, CA 90045 | | - | 02/01/2010<br>Security Deposit | | | | 500.00 |
| Account No.<br><br>Adkins, Arnold<br>7922 Airport Blvd<br>Los Angeles, CA 90045 | | - | 08/10/2007<br>Security Deposit | | | | 200.00 |
| __84__  continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 162,102.66 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **RE/MAX Marquee Partners, Inc., a California corporation**    Case No. __2:10-bk-15425-ER__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3065** <br><br> ADP Inc <br> PO Box 78415 <br> Phoenix, AZ 85062-8415 | | - | | 01/29/2010 <br> **Payroll** | | | | 348.02 |
| Account No. **485-5** <br><br> AICCO Inc <br> Dept 7615 <br> Los Angeles, CA 90084-7615 | | | | 12/2/2008 <br> **Insurance** | | | | 466.39 |
| Account No. <br><br> Almeida, Elizabete <br> 841 W Victoria <br> Lake Arrowhead, CA 92352 | | - | | 01/09/2009 <br> **Security Deposit** | | | | 500.00 |
| Account No. <br><br> Altshuler, Michael <br> 944 18th St # 1 <br> Santa Monica, CA 90403 | | - | | 02/12/2010 <br> **Security Deposit** | | | | 500.00 |
| Account No. <br><br> Anderson, Sharon Redd <br> 2431 W 112th St <br> Inglewood, CA 90303 | | - | | 01/09/2009 <br> **Security Deposit** | | | | 500.00 |

Sheet no. __1__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,314.41

B6F (Official Form 6F) (12/07) - Cont.

In re   **RE/MAX Marquee Partners, Inc., a California corporation**          Case No.   **2:10-bk-15425-ER**
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 6/1/2009 | | | | |
| Annie's Gardens 201 N Sepulveda Blvd Manhattan Beach, CA 90266 | | - | | Plants | | | | 380.45 |
| Account No. | | | | 02/01/2010 | | | | |
| Anstey, Brian 736 Gould Ave # 23 Hermosa Beach, CA 90254 | | - | | Security Deposit | | | | 500.00 |
| Account No. | | | | 02/01/2010 | | | | |
| Arana, Gabriel 1311 Amethyst St Redondo Beach, CA 90277 | | - | | Security Deposit | | | | 350.00 |
| Account No. | | | | 05/30/2008 | | | | |
| Astor & Phillips 800 Wilshire Blvd 15th Floor Los Angeles, CA 90017-2619 | | - | | Legal Services | | | | 468.75 |
| Account No. **909 4** | | | | 01/25/2010 | | | | |
| AT&T Payment Center Sacramento, CA 95887-0001 | | - | | Utilities | | | | 29.09 |

Sheet no. __2__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        1,728.29

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **RE/MAX Marquee Partners, Inc., a California corporation**                    Case No.  **2:10-bk-15425-ER**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **564-0**<br><br>AT&T<br>Payment Center<br>Sacramento, CA 95887-0001 | | - | | 01/25/2010<br>Utilities | | | | 18.92 |
| Account No. **9495**<br><br>AT&T<br>Payment Center<br>Sacramento, CA 95887-0001 | | - | | 01/19/2010<br>Utilities | | | | 594.08 |
| Account No. **037**<br><br>AT&T<br>Payment Center<br>Sacramento, CA 95887-0001 | | - | | 01/28/2010<br>Utilities | | | | 34.74 |
| Account No. **038**<br><br>AT&T<br>Payment Center<br>Sacramento, CA 95887-0001 | | - | | 01/19/2010<br>Utilities | | | | 92.10 |
| Account No. **039**<br><br>AT&T<br>Payment Center<br>Sacramento, CA 95887-0001 | | - | | 01/19/2010<br>Utilities | | | | 67.25 |

Sheet no. _3_ of _84_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                807.09

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **RE/MAX Marquee Partners, Inc., a California corporation**                                         Case No.  **2:10-bk-15425-ER**
                                                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **016**<br><br>**AT&T**<br>**Payment Center**<br>**Sacramento, CA 95887-0001** | | - | | **01/19/2010**<br>**Utilities** | | | | 45.33 |
| Account No.<br><br>**Athas Vasquez, Gerry**<br>**340 27th St**<br>**Hermosa Beach, CA 90254** | | - | | **06/05/2008**<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Atoche, Antonio**<br>**15322 St Andrews Place**<br>**Gardena, CA 90249** | | - | | **02/01/2010**<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Augusta, Lorie**<br>**10814 Gargield Avenue**<br>**Culver City, CA 90230** | | - | | **11/25/2009**<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Ayer, Matt**<br>**32734 Barrett Drive**<br>**Westlake Village, CA 91361** | | - | | **01/09/2009**<br>**Security Deposit** | | | | 500.00 |

Sheet no. __4__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,045.33

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **RE/MAX Marquee Partners, Inc., a California corporation**          Case No. **2:10-bk-15425-ER**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ayers, Andrea**<br>**PO Box 95692**<br>**Las Vegas, NV 89193** | | - | 06/18/2009<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Baker, Mike**<br>**173 Via Monte D'Oro**<br>**Redondo Beach, CA 90279** | | - | 02/01/2010<br>**Security Deposit** | | | | 600.00 |
| Account No. **LAx0 and A100**<br><br>**Bank of America**<br>**PO Box 402742**<br>**Atlanta, GA 30384-2742** | | - | 01/01/2009<br>**Rent** | | | | 9,220.54 |
| Account No. **0095**<br><br>**Bank of America**<br>**PO Box 3609**<br>**Los Angeles, CA 90051** | | - | 12/01/2008<br>**Copies of E & O Case** | | | | 42.92 |
| Account No.<br><br>**Barberi, Tony**<br>**425 9th Street**<br>**Manhattan Beach, CA 90266** | | - | 02/01/2010<br>**Security Deposit** | | | | 500.00 |

Sheet no. **5** of **84** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **10,863.46**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **RE/MAX Marquee Partners, Inc., a California corporation**                    Case No. **2:10-bk-15425-ER**
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Barker, Debbie**<br>**1329 E Grand Ave Unit D**<br>**El Segundo, CA 90245-4369** | | - | | 02/01/2010<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Barlow, Melissa**<br>**6843 Merasheen Way**<br>**Cypress, CA 90630** | | - | | 02/01/2010<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Bauer, Gerda**<br>**7733 W. 80th St**<br>**Playa Del Rey, CA 90293** | | - | | 02/01/2010<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Bauer, Tina**<br>**7733 W 80th St**<br>**Playa Del Rey, CA 90293** | | - | | 02/01/2010<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Beck, Ann**<br>**3599 Inglewood Blvd**<br>**Los Angeles, CA 90066** | | - | | 02/12/2010<br>**Security Deposit** | | | | 488.80 |

Sheet no. **6** of **84** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,488.80

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **RE/MAX Marquee Partners, Inc., a California corporation**        Case No.   **2:10-bk-15425-ER**
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J C | Husband, Wife, Joint, or Community | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | | | | |
| Account No. **Bell, Diana** 1836 9th Street Manhattan Beach, CA 90266 | - | | 01/09/2009 Security Deposit | | | | 500.00 |
| Account No. **Bell, Mia** 12930 Ventura Blvd $ 534 Studio City, CA 91604 | - | | 02/01/2010 Security Deposit | | | | 500.00 |
| Account No. **Bellet, Ben** 9720 Cashio St Los Angeles, CA 90035 | - | | 02/01/2010 Security Deposit | | | | 500.00 |
| Account No. **Benton, Donna** 11870 Washington Pl # 404 Los Angeles, CA 90066 | - | | 02/01/2010 Security Deposit | | | | 500.00 |
| Account No. **Benveniste, Kristopher** 2571 Westwood Blvd Los Angeles, CA 90064 | - | | 02/01/2010 Security Deposit | | | | 500.00 |

Sheet no. **7** of **84** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **2,500.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **RE/MAX Marquee Partners, Inc., a California corporation**                    Case No.   **2:10-bk-15425-ER**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Suite 150** <br><br> **Beverly Wilshire Investment Co** <br> **9454 Wilshire Blvd # 220** <br> **Beverly Hills, CA 90212** | X | - | 08/30/2007 <br> Rent | | | | 3,454,504.56 |
| Account No. **Suite 617** <br><br> **Beverly Wilshire Investment Co** <br> **9454 Wilshire Blvd # 220** <br> **Beverly Hills, CA 90212** | | - | 02/01/2010 <br> Rent | | | | 1,750.00 |
| Account No. <br><br> **Billinger, Jeffrey** <br> **7320 Hawthorn Ave # 108** <br> **Los Angeles, CA 90046** | | - | 02/01/2010 <br> Security Deposit | | | | 500.00 |
| Account No. <br><br> **Bohanon, Nora** <br> **2121 Oak St # D** <br> **Santa Monica, CA 90403** | | - | 06/05/2008 <br> Security Deposit | | | | 200.00 |
| Account No. <br><br> **Bolin, Arline** <br> **20919 Martinez St** <br> **Woodland Hills, CA 91364** | | - | 02/01/2010 <br> Security Deposit | | | | 500.00 |

Sheet no. __8__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,457,454.56**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **RE/MAX Marquee Partners, Inc., a California corporation**                     Case No.   **2:10-bk-15425-ER**
                                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Bond, Kate**<br>**1929 W 235th Pl**<br>**Torrance, CA 90501** | | - | | 02/01/2010<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Bovshow, Larry**<br>**5348 Wellenvale Ave**<br>**Woodland Hills, CA 91367** | | - | | 02/01/2010<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Bravo, Mitch**<br>**5215 Lubao Ave**<br>**Woodland Hills, CA 91364** | | - | | 02/01/2010<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Breslin, Edward**<br>**13600 Marina Pointe Dr #1205**<br>**Marina Del Rey, CA 90292** | | - | | 02/01/2010<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Brill, Penelope**<br>**5169 Stevens Circle**<br>**Culver City, CA 90230** | | - | | 02/01/2010<br>**Security Deposit** | | | | 500.00 |
| Sheet no. **9** of **84** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal<br>(Total of this page) | | | 2,500.00 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **RE/MAX Marquee Partners, Inc., a California corporation**                              Case No.    **2:10-bk-15425-ER**
                                                                                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Brincat, Penny**<br>**2003 Voorhees Ave # 8**<br>**Redondo Beach, CA 90278** | | - | **02/01/2010**<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Briscoe, John**<br>**3241 Dalemead St**<br>**Torrance, CA 90505** | | - | **02/01/2010**<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Briscoe, Scott**<br>**3241 Dalemead St**<br>**Torrance, CA 90505** | | - | **02/01/2010**<br>**Security Deposit** | | | | 350.00 |
| Account No.<br><br>**Brown, Nancy**<br>**1628 3rd Street**<br>**Manhattan Beach, CA 90266** | | - | **3/11/2009**<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Brunet, James**<br>**1544 1/2 Stanford Street**<br>**Santa Monica, CA 90404-3612** | | - | **02/01/2010**<br>**Security Deposit** | | | | 500.00 |

Sheet no. __10__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    2,350.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **RE/MAX Marquee Partners, Inc., a California corporation**                    ,    Case No.    **2:10-bk-15425-ER**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Buoncristiano, Luca**<br>**1819 Marshallfield Ln # 2**<br>**Redondo Beach, CA 90278** | | - | | **02/01/2010**<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Burdette, Delois**<br>**5020 South Wilton Pl**<br>**Los Angeles, CA 90062** | | - | | **02/01/2010**<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Burke, Kevin**<br>**1737 Dixon St**<br>**Redondo Beach, CA 90278** | | - | | **02/01/2010**<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Butler, Bobbie**<br>**5417 Towers Street**<br>**Torrance, CA 90503** | | - | | **11/25/2009**<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Byers, Dan**<br>**PO Box 5355**<br>**Newport Beach, CA 92662** | | - | | **02/12/2008**<br>**Security Deposit** | | | | 500.00 |

Sheet no. __11__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,500.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **RE/MAX Marquee Partners, Inc., a California corporation**                    Case No.    **2:10-bk-15425-ER**
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Caliendo, John**<br>**105 N. Lucia Ave # B**<br>**Redondo Beach, CA 90277** | | - | | 02/01/2010<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Campen, Chase**<br>**201 N Van Ness Avenue**<br>**Los Angeles, CA 90004** | | - | | 05/15/2009<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Campos-Layne, Elizabeth**<br>**11831 Juniette**<br>**Culver City, CA 90230** | | - | | 02/01/2010<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Capiro, John**<br>**7120 Alverstone Ave**<br>**Los Angeles, CA 90045** | | - | | 02/01/2010<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Capobianco, Joan Kim**<br>**265 S Doheny Dr # 106**<br>**Beverly Hills, CA 90211** | | - | | 02/01/2010<br>**Security Deposit** | | | | 500.00 |

Sheet no. __12__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,500.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **RE/MAX Marquee Partners, Inc., a California corporation**         Case No.  **2:10-bk-15425-ER**
                                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | 02/12/2008 Security Deposit | | | | |
| Cardone, Christine 6331 Weidlake Dr Los Angeles, CA 90068 | | | | | | | | 500.00 |
| Account No. | | - | | 06/05/2008 Security Deposit | | | | |
| Carillo, Emily 2314 Gates Ave Redondo Beach, CA 90278 | | | | | | | | 380.18 |
| Account No. | | - | | 02/01/2010 Security Deposit | | | | |
| Casper, Veda 2616 Oak Avenue Manhattan Beach, CA 90266 | | | | | | | | 500.00 |
| Account No. | | - | | 03/10/2009 Security Deposit | | | | |
| Cassidy, Ryan 23212 Sylvan St Woodland Hills, CA 91367 | | | | | | | | 500.00 |
| Account No. | | - | | 02/01/2010 Security Deposit | | | | |
| Castner, Debbie 8020 Chase Ave Los Angeles, CA 90045 | | | | | | | | 500.00 |

Sheet no. __13__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            2,380.18

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **RE/MAX Marquee Partners, Inc., a California corporation**    Case No.    **2:10-bk-15425-ER**
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Chang, Jenny LC<br>25616 January Dr<br>Torrance, CA 90505 | | - | 02/01/2010<br>Security Deposit | | | | 500.00 |
| Account No.<br><br>Chiu, Mary<br>PO Box 241832<br>Los Angeles, CA 90024 | | - | 02/01/2010<br>Security Deposit | | | | 500.00 |
| Account No.<br><br>Chrisp, David<br>PO Box 2553<br>Lake Arrowhead, CA 92352 | | - | 06/05/2008<br>Security Deposit | | | | 500.00 |
| Account No.<br><br>Christie, Brian<br>6000 Cantebury Dr # M221<br>Culver City, CA 90230 | | - | 02/01/2010<br>Security Deposit | | | | 500.00 |
| Account No.<br><br>Cimetta, Amy<br>2105 Robinson St # B<br>Redondo Beach, CA 90278 | | - | 02/01/2010<br>Security Deposit | | | | 500.00 |

Sheet no. **14** of **84** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,500.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **RE/MAX Marquee Partners, Inc., a California corporation**    Case No.   **2:10-bk-15425-ER**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Ciriello, Peter <br> 1339 9th Street # 8 <br> Santa Monica, CA 90401 | | - | 06/11/2009 <br> **Security Deposit** | | | | 724.56 |
| Account No. **Hollymax / CF** <br><br> Cislo & Thomas LLP <br> 233 Wilshire Blvd Ste 900 <br> Santa Monica, CA 90401 | | - | 11/30/2009 <br> **Legal Services** | | | | 15,466.19 |
| Account No. **x6370** <br><br> City of Culver City <br> PO Box 507 <br> Culver City, CA 90232 | | - | 01/31/2010 <br> **Business License** | | | | 397.00 |
| Account No. **xxx-xxxx3-000** <br><br> City of El Segundo <br> 350 Main St <br> El Segundo, CA 90245 | | - | 01/22/2010 <br> **Utilities** | | | | 67.32 |
| Account No. **4377** <br><br> City of Gardena <br> 1700 W 162nd St RM 104 <br> Gardena, CA 90247 | | - | 01/01/2010 <br> **Business License** | | | | 150.00 |

Sheet no. __15__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **16,805.07**

B6F (Official Form 6F) (12/07) - Cont.

In re    **RE/MAX Marquee Partners, Inc., a California corporation**                    Case No.    **2:10-bk-15425-ER**
                                                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-x6909** <br><br> **City of Inglewood** <br> **PO Box 6007** <br> **Inglewood, CA 90312** | | - | 01/06/2010 <br> **Business License** | | | | 46.20 |
| Account No. **073** <br><br> **City of Los Angeles** <br> **PO Box 30968** <br> **Los Angeles, CA 90030-0968** | | | 09/02/2008 <br> **False Alarm Fees** | | | | 1,190.00 |
| Account No. **2338** <br><br> **City of Lynwood** <br> **11330 Bullis Road** <br> **Lynwood, CA 90626** | | - | 01/01/2010 <br> **Business License** | | | | 70.00 |
| Account No. **BB2** <br><br> **Coast United Advertising** <br> **8020 Deering Avenue** <br> **Canoga Park, CA 91304** | | - | **Advertising** | | | | 2,659.80 |
| Account No. <br><br> **Cohen, Michael** <br> **4378 Jasmine Avenue** <br> **Canoga Park, CA 91304** | | - | 03/10/2009 <br> **Security Deposit** | | | | 500.89 |

Sheet no. **16** of **84** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,466.89

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **RE/MAX Marquee Partners, Inc., a California corporation**          Case No.  **2:10-bk-15425-ER**

                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Cokias, Jason**<br>**9725 Mills Ave**<br>**Whittier, CA 90604** | | - | 02/01/2010<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Coloma, Kele**<br>**PO Box 1917**<br>**Lake Arrowhead, CA 92352** | | | 10/14/2008<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Comerica Bank**<br>**2321 Rosecrans Ave # 5000**<br>**El Segundo, CA 90245** | | - | **Bank Charges** | | | | 43,408.69 |
| Account No.<br><br>**Cornog-Davids, Pat**<br>**11817 Radio Dr**<br>**Los Angeles, CA 90064** | | - | 02/01/2010<br>**Security Deposit** | | | | 500.00 |
| Account No. 3276<br><br>**Costar Realty Information Inc**<br>**2 Bethesda Metro Ctr Fl 10**<br>**Bethesda, MD 20814** | | - | 01/03/2010<br>**Subscription Fees** | | | | 8,222.00 |

Sheet no. **17** of **84** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          53,130.69

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **RE/MAX Marquee Partners, Inc., a California corporation**                    Case No.   **2:10-bk-15425-ER**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 11/25/2009 Security Deposit | | | | |
| Couce, Frank PO Box 12116 Marina Del Rey, CA 90295 | | - | | | | | | 500.00 |
| Account No. | | | | 02/01/2010 Security Deposit | | | | |
| Craven, Keith 901 19th St Santa Monica, CA 90403 | | - | | | | | | 500.00 |
| Account No. | | | | 08/13/2007 Security Deposit | | | | |
| Crockett, Patty 6510 Firebird St Los Angeles, CA 90045 | | - | | | | | | 1,990.00 |
| Account No. | | | | 02/01/2010 Security Deposit | | | | |
| Crossman, Sue 1285 14th St Hermosa Beach, CA 90254 | | - | | | | | | 500.00 |
| Account No. | | | | 02/01/2010 Security Deposit | | | | |
| Cunningham, Joseph 6043 W 76th St Los Angeles, CA 90045 | | - | | | | | | 500.00 |

Sheet no. **18** of **84** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          3,990.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **RE/MAX Marquee Partners, Inc., a California corporation**           Case No.  **2:10-bk-15425-ER**
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **El Segundo Office**<br><br>**D Y Investments**<br>**753 Maryland St**<br>**El Segundo, CA 90245** | - | | 02/01/2010<br>Rent | | | | 2,941.00 |
| Account No.<br><br>**Dadgostar, Houshang**<br>**1442 Monte Grande Place**<br>**Pacific Palisades, CA 90272** | - | | 06/18/2009<br>Security Deposit | | | | 500.00 |
| Account No.<br><br>**Dattilos Heating & A/C**<br>**408 South Sierra Way**<br>**San Bernardino, CA 92408** | - | | 11/01/2008<br>3rd Qtr Maintenance | | | | 450.00 |
| Account No.<br><br>**Davis, Kenneth**<br>**1239 S Redondo Blvd**<br>**Los Angeles, CA 90019** | - | | 02/01/2010<br>Security Deposit | | | | 500.00 |
| Account No.<br><br>**Davis, Terri**<br>**3946 East Blvd**<br>**Los Angeles, CA 90066** | - | | 02/12/2010<br>Security Deposit | | | | 488.31 |

Sheet no. __19__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            4,879.31

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **RE/MAX Marquee Partners, Inc., a California corporation**                    ,    Case No.    **2:10-bk-15425-ER**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.

Dawson, Kerry
8 Grenda Ct
Manhattan Beach, CA 90266 | | - | | 02/01/2010
Security Deposit | | | | 500.00 |
| Account No.

De Garcia, Yaneth
833 E Realty St
Carson, CA 90745 | | - | | 02/01/2010
Security Deposit | | | | 500.00 |
| Account No.

Dean, Miriam
PO Box 83582
Los Angeles, CA 90083 | | - | | 02/01/2010
Security Deposit | | | | 500.00 |
| Account No.

Delight, Carlene
209 18th St
Manhattan Beach, CA 90266 | | - | | 02/01/2010
Security Deposit | | | | 500.00 |
| Account No.

Demeo, Kane
766 Pine Valley Rd
Banning, CA 92220 | | - | | 01/09/2009
Security Deposit | | | | 500.00 |

Sheet no. __20__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     2,500.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **RE/MAX Marquee Partners, Inc., a California corporation**    Case No.  **2:10-bk-15425-ER**
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Dempsey, Gary**<br>**2701 190th St # 204**<br>**Redondo Beach, CA 90278** | | - | **02/01/2010**<br>**Security Deposit** | | | | 500.00 |
| Account No. <br><br>**Dianich, Brooke**<br>**8635 Falmouth Ave Unit # 203**<br>**Playa Del Rey, CA 90293** | | - | **02/01/2010**<br>**Security Deposit** | | | | 500.00 |
| Account No. <br><br>**Dickinson, Charles**<br>**PO Box 2855**<br>**Lake Arrowhead, CA 92352** | | - | **03/10/2009**<br>**Security Deposit** | | | | 392.56 |
| Account No. <br><br>**Dickinson, Joann**<br>**PO Box 2855**<br>**Lake Arrowhead, CA 92352** | | - | **05/18/2009**<br>**Security Deposit** | | | | 592.60 |
| Account No. **Hollywood Hills** <br><br>**Directors Guild of America Inc**<br>**7920 Sunset Blvd**<br>**Los Angeles, CA 90046-0907** | X | - | **03/01/2009**<br>**Rent** | | | | 16,666.62 |

Sheet no.  **21**  of  **84**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,651.78

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **RE/MAX Marquee Partners, Inc., a California corporation**                Case No.   **2:10-bk-15425-ER**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx xx xxx xxx3900 West LA**  Dish Network Dept 0063 Palatine, IL 60055-0063 | | - | | | 02/04/2010 Utilities | | | | 95.97 |
| Account No. **xxxx xx xx xxx2323 El Segundo**  Dish Network Dept 0063 Palatine, IL 60055-0063 | | - | | | 02/04/2010 Utilties | | | | 35.00 |
| Account No.  Donahoo, Lori 3620 Kelton Ave Los Angeles, CA 90034 | | - | | | 02/01/2010 Security Deposit | | | | 500.00 |
| Account No.  Donelson, J Emory 1233 14th St # H Santa Monica, CA 90404 | | - | | | 02/01/2010 Security Deposit | | | | 500.00 |
| Account No.  Donohue, Connie 1305 21st St Manhattan Beach, CA 90266 | | - | | | 02/12/2010 Security Deposit | | | | 499.30 |

Sheet no. __22__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                1,630.27

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __RE/MAX Marquee Partners, Inc., a California corporation__    Case No. __2:10-bk-15425-ER__
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. x1990 San Vicente Blvd | | | | 04/01/2008 Promissory Note/Rent | | | | |
| Douglass Emmett 1998 LLC 11999 San Vicente Blvd # 200 Los Angeles, CA 90049 | | - | | | | | | |
| | | | | | | | | 72,141.62 |
| Account No. | | | | 02/01/2010 Security Deposit | | | | |
| Doumar, Bill 11223 Orville St Culver City, CA 90230 | | - | | | | | | |
| | | | | | | | | 500.00 |
| Account No. | | | | 02/01/2010 Security Deposit | | | | |
| Drotman, Michael 722 11th St Hermosa Beach, CA 90254 | | - | | | | | | |
| | | | | | | | | 500.00 |
| Account No. | | | | 02/01/2010 Security Deposit | | | | |
| Drozd, Dennis 1700 Glendon Ave Los Angeles, CA 90024 | | - | | | | | | |
| | | | | | | | | 500.00 |
| Account No. | | | | 02/01/2010 Security Deposit | | | | |
| Duenas, Mirian 629 E M Street Wilmington, CA 90744 | | - | | | | | | |
| | | | | | | | | 675.00 |

Sheet no. __23__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    74,316.62

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __RE/MAX Marquee Partners, Inc., a California corporation__    Case No. __2:10-bk-15425-ER__
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Dyce, Steven <br> 741 Radcliff Ave <br> Pacific Palisades, CA 90272 | - | | 06/25/2008 <br> Security Deposit | | | | 897.00 |
| Account No. <br><br> Eccles, De Ann <br> 752 Bungalow Dr <br> El Segundo, CA 90245 | - | | 02/01/2010 <br> Security Deposit | | | | 750.00 |
| Account No. <br><br> Eccles, Edward <br> PO Box 365 <br> El Segundo, CA 90245 | - | | 02/01/2010 <br> Security Deposit | | | | 325.00 |
| Account No. <br><br> Edwards, Valerie <br> 10075 Stowell Ln <br> Beverly Hills, CA 90210-1425 | - | | 02/01/2010 <br> Security Deposit | | | | 500.00 |
| Account No. <br><br> Elhaderi, Ed <br> 855 S. Shenandoah St # 3 <br> Los Angeles, CA 90035 | - | | 02/01/2010 <br> Security Deposit | | | | 500.00 |

Sheet no. __24__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    2,972.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **RE/MAX Marquee Partners, Inc., a California corporation**                    Case No.  **2:10-bk-15425-ER**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 10/16/2007 Security Deposit | | | | |
| Elliott, Aster 14582 Deervale Pl Sherman Oaks, CA 91403 | | - | | | | | | 150.00 |
| Account No. | | | | 02/01/2010 Security Deposit | | | | |
| Emery, Mickey 1913 Speyer Ln # D Redondo Beach, CA 90278 | | - | | | | | | 500.00 |
| Account No. | | | | 02/01/2010 Security Deposit | | | | |
| Escamilla, Eden 6151 Orange St #220 Los Angeles, CA 90048 | | - | | | | | | 500.00 |
| Account No. | | | | 02/01/2010 Security Deposit | | | | |
| Faerber, Marc 121 Avenue E Redondo Beach, CA 90277 | | - | | | | | | 500.00 |
| Account No. | | | | 02/01/2010 Security Deposit | | | | |
| Fast, Denise 3101 Washington Blvd Marina Del Rey, CA 90292 | | - | | | | | | 1,350.00 |

Sheet no. __25__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    3,000.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **RE/MAX Marquee Partners, Inc., a California corporation**            Case No.   **2:10-bk-15425-ER**
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | W J | J C | | | | | |
| Account No. **962-5**<br><br>**Federal Express**<br>**PO Box 7221**<br>**Pasadena, CA 91109-7321** | | - | | | **12/29/2009**<br>**Delivery Services** | | | | 76.75 |
| Account No.<br><br>**Fejeran, Sheri**<br>**2301 Gates**<br>**Redondo Beach, CA 90278** | | - | | | **02/01/2010**<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Fernandez, Mary Ellen**<br>**4243 Lafayette Place**<br>**Culver City, CA 90232** | | - | | | **10/14/2008**<br>**Security Deposit** | | | | 392.00 |
| Account No.<br><br>**Ferris, Don**<br>**416 28th St**<br>**Manhattan Beach, CA 90266** | | - | | | **02/01/2010**<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Finnimore, Nancy**<br>**7202 Raintree Circle**<br>**Culver City, CA 90230** | | - | | | **09/21/2007**<br>**Security Deposit** | | | | 601.20 |

Sheet no. __26__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                2,069.95

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **RE/MAX Marquee Partners, Inc., a California corporation**                     Case No. **2:10-bk-15425-ER**
_____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Flynn, Michael <br> 24252 Ward St <br> Torrance, CA 90505 | | - | 02/01/2010 <br> Security Deposit | | | | 500.00 |
| Account No. **9958** <br><br> Foodcraft <br> 1625 Riverside Drive <br> Los Angeles, CA 90031 | | | 11/12/2009 <br> Coffee | | | | 1,764.18 |
| Account No. <br><br> Foss, Suzanne <br> 2222 Marine St <br> Santa Monica, CA 90405 | | - | 02/01/2010 <br> Security Deposit | | | | 325.00 |
| Account No. <br><br> Fowler, Derek <br> 1922 Speyer Lane # A <br> Redondo Beach, CA 90278 | | - | 02/01/2010 <br> Security Deposit | | | | 500.00 |
| Account No. <br><br> Fox, Robin <br> 4062 Marcasel Ave <br> Los Angeles, CA 90066 | | - | 02/01/2010 <br> Security Deposit | | | | 500.00 |

Sheet no. __27__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     3,589.18

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **RE/MAX Marquee Partners, Inc., a California corporation**                    Case No.   **2:10-bk-15425-ER**
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Frank's Fire Extinguisher** <br> **2707 W 179th St** <br> **Torrance, CA 90504** | | - | 02/12/2010 <br> **Service** | | | | 38.00 |
| Account No. <br><br> **Freedman, Rob** <br> **1042 1st St** <br> **Manhattan Beach, CA 90266** | | - | 02/01/2010 <br> **Security Deposit** | | | | 500.00 |
| Account No. <br><br> **Frelinger, Todd** <br> **PO Box 1213** <br> **Lake Arrowhead, CA 92352** | | - | 06/25/2008 <br> **Security Deposit** | | | | 495.85 |
| Account No. <br><br> **Frick, Helen** <br> **6401 Wynkoop St** <br> **Los Angeles, CA 90045** | | - | 02/01/2010 <br> **Security Deposit** | | | | 500.00 |
| Account No. <br><br> **Fukumoto, Carlton** <br> **2620 W 231st St** <br> **Torrance, CA 90505** | | - | 02/01/2010 <br> **Security Deposit** | | | | 500.00 |

Sheet no. __28__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               2,033.85

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re __RE/MAX Marquee Partners, Inc., a California corporation__    Case No. __2:10-bk-15425-ER__
                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Gadsby, Scotte<br>820 S Camino Real # 101<br>Redondo Beach, CA 90277 | | - | | 02/01/2010<br>Security Deposit | | | | 500.00 |
| Account No.<br><br>Galea, Antoaneta<br>3231 Provon Lane<br>Los Angeles, CA 90034 | | - | | 02/01/2010<br>Security Deposit | | | | 500.00 |
| Account No.<br><br>Gazey, Margaret<br>135 Montona Ave # 8<br>Santa Monica, CA 90403 | | - | | 02/01/2010<br>Security Deposit | | | | 500.00 |
| Account No. 346 1<br><br>General Real Estate Management<br>2452 Wilshire Blvd<br>Santa Monica, CA 90403 | | - | | 01/25/2010<br>Rent | | | | 18,704.22 |
| Account No.<br><br>Georgescu, Gerhard<br>PO Box 3368<br>Granada Hills, CA 91394-0368 | | - | | 12/19/2008<br>Security Deposit | | | | 1,342.00 |

Sheet no. __29__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    21,546.22

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **RE/MAX Marquee Partners, Inc., a California corporation**                    Case No.   **2:10-bk-15425-ER**
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 02/01/2010 Security Deposit | | | | |
| Ghanei, Morris 1951 Pelham Ave # 101 Los Angeles, CA 90025 | - | | | | | | | 500.00 |
| Account No. | | | | 02/01/2010 Security Deposit | | | | |
| Gibbs, Dan 20557 Osage Torrance, CA 90503 | - | | | | | | | 500.00 |
| Account No. | | | | 02/01/2010 Security Deposit | | | | |
| Gioffre, Patty 246 S Carmelina Ave Los Angeles, CA 90049 | - | | | | | | | 500.00 |
| Account No. | | | | 02/01/2010 Security Deposit | | | | |
| Goddard, Steve 851 Pepper St El Segundo, CA 90245 | - | | | | | | | 500.00 |
| Account No. | | | | 06/20/2007 Security Deposit | | | | |
| Gola, Michael 113 S La Jolla Ave Los Angeles, CA 90048 | - | | | | | | | 500.00 |

Sheet no. __30__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,500.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **RE/MAX Marquee Partners, Inc., a California corporation**          Case No.   **2:10-bk-15425-ER**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>Goodrich, Gary<br>1923 Troy Drive<br>Wall Township, NJ 07719-3662 | | - | | 11/25/2009<br>Security Deposit | | | | 353.66 |
| Account No.<br><br>Goold, Robert<br>10800 Rose Ave # 23<br>Los Angeles, CA 90034 | | - | | 02/01/2010<br>Security Deposit | | | | 500.00 |
| Account No. **Woodland Hills Ofc**<br><br>GRE Carlton Plaza LP<br>Dept LA 22896<br>Pasadena, CA 91185-2602 | | - | | 11/01/2008<br>Rent | | | | 15,451.02 |
| Account No.<br><br>Greenberg, Frances<br>10687 Wilkins Ave # 6<br>Los Angeles, CA 90024 | | - | | 06/05/2008<br>Security Deposit | | | | 500.00 |
| Account No.<br><br>Greenberg, Matt<br>10687 Wilkins Ave # 6<br>Los Angeles, CA 90024 | | - | | 06/05/2008<br>Overpayment | | | | 291.17 |

Sheet no. **31** of **84** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    17,095.85

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **RE/MAX Marquee Partners, Inc., a California corporation**                              Case No.    **2:10-bk-15425-ER**
                                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Grotenhuis, Jeffrey<br>228 Sheldon St<br>El Segundo, CA 90245 | | - | 02/01/2010<br>Security Deposit | | | | 500.00 |
| Account No.<br><br>Haddad, Michael<br>10729 Cushdon Ave<br>Los Angeles, CA 90064 | | - | 02/01/2010<br>Security Deposit | | | | 500.00 |
| Account No.<br><br>Hadim, Navid "Nick"<br>1315 Brinkley Ave<br>Los Angeles, CA 90049 | | - | 02/01/2010<br>Security Deposit | | | | 500.00 |
| Account No.<br><br>Hamlin, Kelly<br>85 Fringe St<br>Irvine, CA 92606 | | - | 05/14/2009<br>Security Deposit | | | | 500.00 |
| Account No.<br><br>Hartley, Dennis<br>648 Ave B<br>Redondo Beach, CA 90277 | | - | 02/01/2010<br>Security Deposit | | | | 500.00 |

Sheet no. __32__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,500.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **RE/MAX Marquee Partners, Inc., a California corporation**                    Case No.   **2:10-bk-15425-ER**
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Hasala, Georgina <br> 30052 Avenida Esplendida <br> Rancho Palos Verdes, CA 90275 | | - | 01/09/2009 <br> Security Deposit | | | | 552.00 |
| Account No. <br><br> Haught, Lisa <br> 9854 National Blvd # 217 <br> Los Angeles, CA 90034 | | - | 02/01/2010 <br> Security Deposit | | | | 500.00 |
| Account No. <br><br> Hechtlinger-Best, Patty <br> 1910 Fairburn Avenue <br> Los Angeles, CA 90025 | | - | 06/18/2009 <br> Security Deposit | | | | 500.00 |
| Account No. <br><br> Hefner, Yvonne <br> 8407 Skyline Dr <br> Los Angeles, CA 90046 | | - | 02/01/2010 <br> Security Deposit | | | | 500.00 |
| Account No. <br><br> Heligman, Gary <br> 12600 Indianapolis St <br> Los Angeles, CA 90066 | | - | 02/01/2010 <br> Security Deposit | | | | 500.00 |

Sheet no. __33__ of __84__ sheets attached to Schedule of                    Subtotal                    2,552.00
Creditors Holding Unsecured Nonpriority Claims                                    (Total of this page)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **RE/MAX Marquee Partners, Inc., a California corporation**                    Case No.  **2:10-bk-15425-ER**
                                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Henlein, Alan <br> 11499 Orum Rd <br> Los Angeles, CA 90049 | | - | 02/01/2010 <br> Security Deposit | | | | 500.00 |
| Account No. <br><br> Herran, Carlos <br> 138 N Hamilton Dr <br> Beverly Hills, CA 90211 | | - | 02/01/2010 <br> Security Deposit | | | | 500.00 |
| Account No. <br><br> Hertel, Bev <br> PO Box 766 <br> Cedar Glen, CA 92321 | | - | 05/18/2009 <br> Security Deposit | | | | 499.82 |
| Account No. **LREMAALOO** <br><br> Hines Vaf II 12100 Wilshire LLP <br> Dept 34168 PO Box 39000 <br> San Francisco, CA 94139 | | - | 11/01/2008 <br> Rent | | | | 850,000.00 |
| Account No. <br><br> Hobaugh, Carol <br> 33642 Walkabout Ln <br> Dana Point, CA 92629 | | - | 02/01/2010 <br> Security Deposit | | | | 500.00 |

Sheet no. __34__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                851,999.82

B6F (Official Form 6F) (12/07) - Cont.

In re    **RE/MAX Marquee Partners, Inc., a California corporation**    Case No.   **2:10-bk-15425-ER**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 07/29/2009 Security Deposit | | | | |
| Hoffman, Barbara 1011 Slauson Lane Redondo Beach, CA 90278 | - | | | | | | | 500.00 |
| Account No. | | | | 02/01/2010 Security Deposit | | | | |
| Hooper, William "Bill" 14006 Palawan Way # 206 Marina Del Rey, CA 90292 | - | | | | | | | 500.00 |
| Account No. | | | | 02/01/2010 Security Deposit | | | | |
| Hopkins, Robert 2230 S Bentley # 101 Los Angeles, CA 90064 | - | | | | | | | 500.00 |
| Account No. | | | | 02/01/2010 Security Deposit | | | | |
| Horwitz, Charles 2630 Bentley Ave Los Angeles, CA 90064 | - | | | | | | | 500.00 |
| Account No. | | | | 02/01/2010 Security Deposit | | | | |
| Hunnicutt, Mary Ann 3436 Mountain View Ave Los Angeles, CA 90066 | - | | | | | | | 500.00 |

Sheet no. __35__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **2,500.00**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **RE/MAX Marquee Partners, Inc., a California corporation**                    Case No.   **2:10-bk-15425-ER**
                                                                     ,
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xx5312**<br><br>Image IV System Inc.<br>512 South Varney St<br>Burbank, CA 91502 | | - | | | **12/04/2009**<br>**Copier Maintenance and Supplies** | | | | 3,910.16 |
| Account No.<br><br>Improta, Jason<br>834 4th St # 110<br>Santa Monica, CA 90403 | | - | | | **02/01/2010**<br>**Security Deposit** | | | | 675.00 |
| Account No.<br><br>Improta, Missy<br>834 4th St # 110<br>Santa Monica, CA 90403 | | - | | | **02/01/2010**<br>**Security Deposit** | | | | 500.00 |
| Account No. **L5586**<br><br>Iron Mountain<br>PO Box 601002<br>Pasadena, CA 91189-1002 | | - | | | **09/30/2009**<br>**Document Retention Services** | | | | 3,922.21 |
| Account No.<br><br>Izbicki, Carl<br>524 S Griffith Park Dr<br>Burbank, CA 91506 | | - | | | **02/01/2010**<br>**Security Deposit** | | | | 500.00 |

Sheet no. __36__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,507.37

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **RE/MAX Marquee Partners, Inc., a California corporation**                Case No.  **2:10-bk-15425-ER**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>J&J Interior Landscaping Inc<br>PO Box 3174<br>Manhattan Beach, CA 90266 | | - | 01/01/2010<br>**Plant Services** | | | | 2,756.30 |
| Account No.<br><br>Jamison, Larry<br>608 South Lucia Avenue<br>Redondo Beach, CA 90277 | | - | 10/14/2009<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>Johnson, Lee<br>11901 Santa Monica Blvd # 530<br>Los Angeles, CA 90025 | | - | 02/01/2010<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>Jones, David<br>12562 Woodgreen Street<br>Los Angeles, CA 90066 | | - | 02/01/2010<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>Jones, Jane<br>163 North Bowling Green Way<br>Los Angeles, CA 90049 | | - | 07/29/2009<br>**Security Deposit** | | | | 500.00 |

Sheet no. __37__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,756.30

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **RE/MAX Marquee Partners, Inc., a California corporation**                     Case No.  **2:10-bk-15425-ER**
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | 06/05/2008 Security Deposit | | | | |
| Jones, Jim 2742 Cibola Ave Costa Mesa, CA 92626 | | | | | | | | 827.00 |
| Account No. | | - | | 02/01/2010 Security Deposit | | | | |
| Judson, Rachel 429 3rd St Manhattan Beach, CA 90266 | | | | | | | | 500.00 |
| Account No. | | - | | 02/01/2010 Security Deposit | | | | |
| Justice, Deborah PO Box 35175 Los Angeles, CA 90035 | | | | | | | | 500.00 |
| Account No. | | - | | 02/01/2009 Janitorial Services | | | | |
| K & P Janitorial Services Inc 412 S PCH # 200 Redondo Beach, CA 90277 | | | | | | | | 1,600.00 |
| Account No. | | - | | 05/14/2009 Security Deposit | | | | |
| Kajikawa, Diane 1301 Cabrillo Ave # 407 Torrance, CA 90501 | | | | | | | | 500.00 |

Sheet no. __38__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          3,927.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **RE/MAX Marquee Partners, Inc., a California corporation**                        Case No.   **2:10-bk-15425-ER**
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Kallie-Westland, Adriane**<br>**PO Box 625**<br>**Pacific Palisades, CA 90272** | - | | **02/01/2010**<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Kamdar, Azita**<br>**11901 Santa Monica Blvd # 519**<br>**Los Angeles, CA 90025** | - | | **06/05/2008**<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Kamdar, Roshi**<br>**11901 Santa Monica Blvd # 519**<br>**Los Angeles, CA 90025** | - | | **06/05/2008**<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Karasevicz, Don**<br>**1441 Monterey Blvd**<br>**Los Angeles, CA 90054** | - | | **02/01/2010**<br>**Security Deposit** | | | | 500.00 |
| Account No.<br><br>**Kary, Steve**<br>**911 High Lane**<br>**Redondo Beach, CA 90278** | - | | **02/01/2010**<br>**Security Deposit** | | | | 500.00 |

Sheet no. __39__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **2,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __RE/MAX Marquee Partners, Inc., a California corporation__     Case No. __2:10-bk-15425-ER__
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Kasper, Bruce<br>7142 Trask Ave<br>Playa Del Rey, CA 90293 | | - | | 01/25/2010<br>Security Deposit | | | | 500.00 |
| Account No.<br><br>Kasper, Mara<br>7142 Trask Ave<br>Playa Del Rey, CA 90293 | | | | 06/05/2008<br>Security Deposit | | | | 500.00 |
| Account No.<br><br>Kayem, Michael<br>5215 Sepulveda # 7D<br>Culver City, CA 90230 | | - | | 02/01/2010<br>Security Deposit | | | | 500.00 |
| Account No.<br><br>Kent, Bruce<br>PO Box 2012<br>Malibu, CA 90265 | | - | | 02/01/2010<br>Security Deposit | | | | 500.00 |
| Account No. **Santa Monica**<br><br>Kilroy Realty LP<br>PO Box 51266<br>Los Angeles, CA 90051-5566 | X | - | | 11/07/2008<br>Rent | | | | 264,133.14 |

Sheet no. __40__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     266,133.14

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **RE/MAX Marquee Partners, Inc., a California corporation**                    Case No.    **2:10-bk-15425-ER**
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Knight, Melissa** <br> **5555 Bedford Ave** <br> **Los Angeles, CA 90056** | | - | 02/01/2010 <br> **Security Deposit** | | | | 500.00 |
| Account No. <br><br> **Kortcamp, Cynthia** <br> **2504 W 150th St** <br> **Gardena, CA 90249** | | - | 02/01/2010 <br> **Security Deposit** | | | | 500.00 |
| Account No. <br><br> **Kou, Brian** <br> **1722 S Sherbourne Dr** <br> **Los Angeles, CA 90035** | | - | 11/12/2008 <br> **Security Deposit** | | | | 150.00 |
| Account No. <br><br> **Kozdrowicki, Edward** <br> **10935 Oklahoma Ave** <br> **Chatsworth, CA 91311** | | - | 02/01/2010 <br> **Security Deposit** | | | | 500.00 |
| Account No. <br><br> **Kraktin, Joan** <br> **5447 Columbus Ave** <br> **Van Nuys, CA 91411** | | - | 06/05/2008 <br> **Security Deposit** | | | | 533.81 |

Sheet no. __41__ of __84__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         2,183.81

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy