B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Central District of California

In re **RE/MAX Marquee Partners, Inc., a California corporation**                Case No.    **2:10-bk-15425-ER**

Debtor(s)                                                Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $420,238.47 | YTD |
| $3,425,584.91 | 2009 |
| $3,614,521.35 | 2008 |

**2. Income other than from employment or operation of business**

None ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached List | | $0.00 | $0.00 |

None ☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| See Attached List | | $0.00 | $0.00 |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Steel v. Ackley (Arline Bolin) - Case No. RIC 4493243** | **Claim for failure to disclose proper property lines and breach of fiduciary duty** | **Riverside County Superior Court** | **Pending** |
| **Chodosh v. Boehle (Louis Plachowski) - Case No. SC098509** | **Claim for construction defects and lot line issues** | **Los Angeles County Superior Court, West District** | **Pending** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Taghiganji v. RMP (Yasmin Kashani) - Case No. BC405526 | Claim for negligent completion of purchase agreement (lack of loan contingency terms) | Los Angeles County Superior Court, Central District | Pending |
| Ryzner v. Spahi (Dornia Schiro) - Case No. SC101934 | Claim for investment fraud and conspiracy | Los Angeles County Superior Court, West District | Pending |
| Tardif v. Zatikyan (Arline Bolin) - Case No. SC105696 | Claim for breach of contract and conspiracy | Los Angeles County Superior Court, West District | Pending |
| All Cities Realty v. Aandrues, et al. - Case No. BC355724 | Claim for trademark infringement re: use of "All Cities Realty" | Los Angeles County Superior Court, Central District | Pending |
| All Cities Realty v. CF Real Estate Loans, Inc., et al. - Case No. SA CV05-615 AHS (MLGx) | Claim for trademark infringement re: use of "All Cities Realty" | United States District Court, Central District of California | Pending |
| All Cities Realty v. Hollymax Realty, et al. - Case No. SA CV08-195 CJC | Claim for trademark infringement re: use of "All Cities Realty" | United States District Court, Central District of California | Pending |
| CF Real Estate Loans, Inc. v. Dale Eleniak - Case No. 56-2007-0285195-CU-PN-SIM | Claim for legal malpractice | Ventura County Superior Court, East County Division | Pending |
| Winter v. Brentwood Escrow, et al. | Quiet title action - 2 parcels, one not conveyed | | Dismissed |
| Moore v. Brandt | Vacant land; sellers and agents failed to disclose special assesments | | Dismissed |
| CF v. 400 S. Sepulveda Associates LLC | Commission dispute on #1 | | Dismissed |
| Parker v. CF Real Estate Loans | Fraud, breach of fiduciary, intential nondisclosure, broker's constructive fraud, intent emotional distress, negative misrepresentation, converstion, breach of statute | | Dismissed |
| Alachalak v. Daun, et al. | LLC dispute | | Dismissed |
| Hartford v. Itani, et al. | Failure to return security deposit | | Dismissed |
| Pridgen v. Spiwak | Sellers failure to honor sales listing agreement | | Dismissed |
| Gilbert v. Tabacco | Breach of fiduciary duty, implied contract and fraud | | Dismissed |
| Luntz v. Manning, et al. | Cross-complaint for indemnification, contribution and apportionment of fault | | Dismissed |
| GCS/Harley v. Hamdayi, et al., Case No. YC059845 | Specific performance; judicial forclosure; breach: contract and fiduciary duty; negligence; negligent mispresentation; intentional misrepresentation; cancellation of instrument | Los Angeles County Superior Court, Central Division | Dismissed |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Children's Miracle Network** | | 2009 | $39,793.62 |
| **Children's Miracle Network** | | 2010 | $2,567.50 |

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

**9. Payments related to debt counseling or bankruptcy**

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Crowe Horwath**<br>**15233 Ventura Blvd., 9th Fl.**<br>**Sherman Oaks, CA 91403** | **12/15/2009; 1/27/2010** | **$25,000.00; $30,000.00** |
| **Creim Macias Koenig & Frey LLP**<br>**633 W Fifth Street, 51st Floor**<br>**Los Angeles, CA 90071** | **12/15/09; 1/18/10; and 1/28/10** | **$35,000.00; $10,000.00; and**<br>**$30,000.00** |

**10. Other transfers**

None ☐   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **See Attached List** | | |

None ■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Comerica Bank**<br>**2321 Rosecrans Ave # 5000**<br>**El Segundo, CA 90245** | **E&O Checking Account #xxx-xxx-5430** | **Closed 3/27/09** |

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Comerica Bank 2321 Rosecrans Ave # 5000 El Segundo, CA 90245 | Escrow Trust Account #xxx-xxx-4453 | Closed 11/25/08 |
| Comerica Bank 2321 Rosecrans Ave # 5000 El Segundo, CA 90245 | LA Bus Tax Savings Account #xxx-xxx-0663 | Closed 8/4/08 |
| Comerica Bank 2321 Rosecrans Ave # 5000 El Segundo, CA 90245 | SM Bus Tax Savings Account #xxx-xxx-0671 | Closed 8/4/08 |
| Comerica Bank 2321 Rosecrans Ave # 5000 El Segundo, CA 90245 | Client Trust Account #xxx-xxx-9149 | $11,479.50 Closed 2/2010 |
| Comerica Bank 2321 Rosecrans Ave # 5000 El Segundo, CA 90245 | Agent Trust Account #xxx-xxx-9156 | $15,612.00 Closed 2/2010 |
| Comerica Bank 2321 Rosecrans Ave # 5000 El Segundo, CA 90245 | General Account #xxx-xxx-9123 | $105,049.95 Closed 2/2010 |
| Comerica Bank 2321 Rosecrans Ave # 5000 El Segundo, CA 90245 | Commission Account #xxx-xxx-3026 | $2,052.75 Closed 2/2010 |
| Comerica Bank 2321 Rosecrans Ave # 5000 El Segundo, CA 90245 | Payroll Account #xxx-xxx-9164 | $800.40 Closed 2/2010 |
| Comerica Bank 2321 Rosecrans Ave # 5000 El Segundo, CA 90245 | E&O Savings Account #xxx-xxx8957 | $3.32 Closed 2/2010 |
| Comerica Bank 2321 Rosecrans Ave # 5000 El Segundo, CA 90245 | BH Bus. Tax Account #xxx-xxx-0689 | $1.77 Closed 2/2010 |

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ☐   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Client Trust Account** | **Monies held for client, Hong Mao, in the amount for $10,500 for a transaction with Agent, Brooke Dianich. Deposited 1/4/10.** | **Client Trust Account #xxx-xxx-9149, Comerica Bank.** |

**15. Prior address of debtor**

None ☐   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **Beverly Hills Office 9454 Wilshire Blvd, Ste. 100 Beverly Hills, CA 90212** | **same** | **11/1997 - 3/2009** |

**16. Spouses and Former Spouses**

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

   "Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

   "Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■  the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
□  ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years**
immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six
years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six
years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **RE/MAX Marquee Partners, Inc.** | 95-4490102 | **400 S. Sepulveda Blvd., Suite 100 Manhattan Beach, CA 90266** | **Real Estate Brokerage Services** | **June 14, 1994 - Present** |
| **Hollymax, Inc.** | 95-4867530 | | **Real Estate Brokerage Business (dissolved and all assets distrubuted to its only shareholder RMP)** | **June 4, 2001 - December 4, 2008** |
| **Commbroker, Inc.** | 47-0941917 | | **Commercial Real Estate Brokerage Business** | **May 5, 2004 - present** |
| **The Mortgage Company** | 95-4707538 | | **Mortgage Loan Business** | **August 3, 1998 - July 7, 2009** |

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

### 19. Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Gina Nguyen, Accounting Manager**<br>**400 S. Sepulveda Blvd., Ste. 100**<br>**Manhattan Beach, CA 90266** | **1994 - Present** |
| **Richard K. Govenar, CPA**<br>**2510 West 237th St., Ste. 104**<br>**Torrance, CA 90505** | **1996 - Present** |

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Richard K. Govenar, CPA** | **2510 West 237th St., Ste. 104**<br>**Torrance, CA 90505** | |

None ☐ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Gina Nguyen, Accounting Manager** | **400 S. Sepulveda Blvd., Ste. 100**<br>**Manhattan Beach, CA 90266** |
| **Richard K. Govenar, CPA** | **2510 West 237th St., Ste. 104**<br>**Torrance, CA 90505** |

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Comerica Bank**<br>**Attn:  Ron Sluyter then Natali Amir (as of 8/09)**<br>**2321 Rosecrans Blvd., Ste. 5000**<br>**El Segundo, CA 90245** | **Monthly basis from 2/09 to present; 12/08 and 6/08** |
| **Hines Corporation**<br>**c/o Bill Bessolo**<br>**12100 Wilshire Blvd., Ste. M-20**<br>**Los Angeles, CA 90025** | **07/09 and 09/08** |
| **Playa Manchester LP**<br>**6222 Wilshire Blvd Ste 650**<br>**Los Angeles, CA 90048** | **8/09 and 2/09** |
| **2999 Overland, Inc.**<br>**800 S Brand Blvd**<br>**Glendale, CA 91204** | **02/09** |
| **A&M Management**<br>**4000 West 139th Street**<br>**Hawthorne, CA 90250** | **02/09** |
| **Kilroy Realty LP**<br>**PO Box 51266**<br>**Los Angeles, CA 90051-5566** | **08/09** |
| **Directors Guild of America Inc**<br>**7920 Sunset Blvd**<br>**Los Angeles, CA 90046-0907** | **02/09** |

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **RE/MAX International**<br>**5075 South Syracuse St**<br>**Denver, CO 80237** | **01/10** |

### 20. Inventories

None ■
a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

None ■
b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

### 21 . Current Partners, Officers, Directors and Shareholders

None ■
a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐
b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Kelli Todd** | **CEO, President, Director and Shareholder** | **100%** |
| **Byron Rife, Jr.** | **Director and Broker of Record** | |
| **Lori Robinson** | **Vice President of Operations and Secretary** | |
| **Holly Thomas** | **General Counsel and Vice President** | |
| **Gina Strickland** | **Assistant Secretary** | |

### 22 . Former partners, officers, directors and shareholders

None ■
a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■
b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None
■
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None
■
If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **March 2, 2010**                        Signature  **/s/ Kelli Todd**
                                                                                            **Kelli Todd**
                                                                                            **CEO and President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

RE/MAX MARQUEE PARTNERS, INC.
COMMISSION ACCOUNT DISBURSEMENTS JOURNAL
11/13/2009 - 2/12/2010

| Name | Total Disbursed |
|------|----------------:|
| ADRIANE KALLIE - WESTLAND | $ 83,435.27 |
| ALFONSO BUONCRISTIANO | $ 45,786.35 |
| ANDRE TABACCO | $ 38,998.16 |
| ANDREW WILSON | $ 75,025.35 |
| ANN BECK, INC. | $ 17,688.69 |
| ARLEEN REVILLA | $ 12,442.24 |
| ARLENE LAFFERTY | $ 25,085.64 |
| ARLINE BOLIN | $ 68,603.84 |
| BEACH GIRL REALTY, INC. | $ 50,786.69 |
| BILL DOUMAR | $ 13,849.25 |
| BILL RUANE | $ 130,418.88 |
| BRIAN CHRISTIE | $ 33,628.92 |
| BRUCE KENT | $ 26,875.80 |
| CARL IZBICKI | $ 45,420.13 |
| CARLA ZEOLI | $ 11,632.90 |
| CARLENE DELIGHT | $ 30,071.30 |
| CARLOS HERRAN | $ 24,847.11 |
| CAROL HOBAUGH | $ 6,022.32 |
| CECILY LEE | $ 16,433.94 |
| COLLEEN MCGUIRE | $ 58,713.98 |
| CONNIE DONOHUE | $ 17,409.50 |
| DAVID JONES | $ 23,272.56 |
| DAWN WELCH | $ 5,480.34 |
| DEBBIE CASTNER | $ 7,650.56 |
| DEBORAH RUGLEY-WILEY | $ 31,553.15 |
| DEBORAH SEIDEL | $ 32,880.09 |
| DENISE FAST | $ 97,796.40 |
| DENNIS HARTLEY | $ 58,668.20 |
| DIANA MUSCIANISI | $ 23,936.21 |
| DOLORES ROBERTS | $ 8,234.69 |
| DON SIRVIO | $ 17,087.00 |
| DONNA BENTON | $ 17,010.31 |
| ELIZABETH SELLS, INC. | $ 81,118.86 |
| ELIZABETH SEONG | $ 10,488.56 |
| EN CASA, INC | $ 25,002.38 |
| FELIPE PORTILLO | $ 15,144.06 |
| FELIX LEGRAND | $ 6,003.31 |
| FERRIS INVESTMENTS | $ 7,899.40 |
| GARY HELIGMAN | $ 9,728.50 |
| GERDA BAUER | $ 27,885.60 |
| GINETTE SHER | $ 35,962.40 |
| GREG MOORE | $ 10,135.81 |
| HAU CHARLES LE | $ 86,150.05 |
| HELEN FRICK | $ 6,070.56 |
| HELMUT LERPSCHER | $ 46,750.72 |
| HOUSTON SMITH | $ 53,504.40 |
| IMPROTA, INC. | $ 29,237.78 |
| J. EMORY DONELSON | $ 22,096.73 |
| JAMES BRUNET | $ 9,773.59 |
| JAMES MARAK | $ 46,886.85 |
| JANE CJ KWON | $ 15,778.81 |
| JASON COKIAS | $ 64,186.27 |

RE/MAX MARQUEE PARTNERS, INC.
COMMISSION ACCOUNT DISBURSEMENTS JOURNAL
11/13/2009 - 2/12/2010

| | | |
|---|---|---:|
| JEANNE RUBINOFF | $ | 37,528.66 |
| JEFF WHITE | $ | 14,992.04 |
| JEFFREY BILLINGER | $ | 114,899.62 |
| JENNIFER WILLIAMSON | $ | 12,273.06 |
| JIM MARAK | $ | 25,016.52 |
| JOAN "KIM" CAPOBIANCO | $ | 41,727.75 |
| JOE HERNANDEZ | $ | 39,410.02 |
| JOHN BRISCOE | $ | 11,976.28 |
| JOHN CALIENDO INC. | $ | 12,886.14 |
| JOHN CAPIRO | $ | 87,213.30 |
| JOSEPH CUNNINGHAM | $ | 9,504.31 |
| JULIE LYON | $ | 25,215.87 |
| KARON LARSEN | $ | 47,950.62 |
| KATE BOND | $ | 34,309.57 |
| KGD MANAGEMENT, INC | $ | 78,239.82 |
| KIM WILLIAMSON | $ | 14,638.27 |
| LARRY COHEN | $ | 28,334.37 |
| LEW WISE | $ | 23,483.00 |
| LINDA ROTH - BURRELL | $ | 36,942.06 |
| LISETTE RUNNALLS | $ | 18,833.00 |
| LORI DONAHOO | $ | 20,262.42 |
| LYNN TANNENBAUM | $ | 8,366.07 |
| M PROPERTIES, INC. | $ | 67,344.00 |
| MARCIA SHERWIN | $ | 16,520.25 |
| MARGARET WINTERS | $ | 26,253.57 |
| MARY ANN HUNNICUTT | $ | 14,053.77 |
| MELISSA BARLOW | $ | 20,203.02 |
| MELISSA KNIGHT | $ | 15,124.39 |
| MICHAEL ALTSHULER | $ | 11,452.81 |
| MICHAEL HADDAD | $ | 77,102.19 |
| MICHELE WALMAN | $ | 11,033.11 |
| MIKE BAKER | $ | 21,370.00 |
| MIKE PENNINGS | $ | 20,823.27 |
| MIRIAM DEAN | $ | 22,425.05 |
| MIRIAN DUENAS | $ | 23,566.83 |
| MISTY LBB, INC. | $ | 9,505.20 |
| MORRIS GHANEI | $ | 18,849.06 |
| NANCY SOLARI | $ | 33,621.52 |
| PAT CORNOG | $ | 38,722.89 |
| PENNY BRINCAT | $ | 7,456.90 |
| PHILLIPS REAL ESTATE GROUP, INC. | $ | 3,948.95 |
| PLACHOWSKI & WALSH, INC. | $ | 31,682.61 |
| PURE PACIFIC REALTY, INC. | $ | 16,615.72 |
| RACHEL DEGRAAF JUDSON | $ | 16,069.00 |
| RE/MAX MARQUEE PARTNERS, INC. | $ | 913,105.40 |
| REAL A. WORLD, INC. | $ | 72,020.45 |
| REAL SELECT SERVICES, INC. | $ | 70,384.49 |
| RENATE LICHTER | $ | 30,225.26 |
| RENEE MARCUS | $ | 24,545.81 |
| ROBIN FOX, INC. | $ | 27,682.94 |
| RORY POSIN | $ | 235,907.43 |
| RUSS WARNER | $ | 7,424.30 |
| SHERI WEISBENDER | $ | 19,432.74 |

SFA #3b

RE/MAX MARQUEE PARTNERS, INC.
COMMISSION ACCOUNT DISBURSEMENTS JOURNAL
11/13/2009 - 2/12/2010

| | | |
|---|---|---|
| SOJI ADESIDA | $ | 43,255.07 |
| STEVEN MILLER | $ | 68,947.66 |
| SUNKARA INVESTMENTS, INC. | $ | 36,408.60 |
| TAMARA SUMINSKI | $ | 12,643.39 |
| TERRI DAVIS | $ | 22,125.86 |
| THAT PERFECT PLACE, INC. | $ | 9,209.30 |
| TIM LESSER, INC. | $ | 20,811.07 |
| TONY BARBERI | $ | 27,894.62 |
| TOSHI-RO, INC. | $ | 26,830.00 |
| VALENTINA PROSTAKOVA | $ | 8,927.56 |
| VALERIE EDWARDS | $ | 5,186.26 |
| VICTORIA BERENBAU | $ | 116,405.45 |
| YELLOWSTONE VALLEY, INC. | $ | 36,645.20 |
| YVONNE HEFNER | $ | 15,513.41 |

RE/MAX MARQUEE PARTNERS, INC.
GENERAL ACCOUNT DISBURSEMENTS JOURNAL
11/13/2009 - 2/12/2010

| Name | Total Disburs |
|------|---------------|
| 2999 OVERLAND, A CALIFORNIA CORP. | $ 22,906.60 |
| AMERICAN EXPRESS | $ 77,604.25 |
| ANTHEM BLUE CROSS | $ 27,377.00 |
| BEVERLY WILSHIRE INVESTMENT COMPANY | $ 8,500.00 |
| BOSS, INC. | $ 32,526.00 |
| CHILDREN'S MIRACLE NETWORK | $ 36,410.50 |
| COAST UNITED ADVERTISING | $ 5,760.00 |
| COMERICA BANK | $ 419,091.46 |
| COSTELLO & SONS INSURANCE | $ 9,826.70 |
| CREIM, MACIAS, KOENIG & FREY LLP | $ 75,000.00 |
| CROWE HORWATH LLP | $ 55,000.00 |
| D.Y. INVESTMENTS | $ 5,882.00 |
| FRANCHISE TAX BOARD | $ 10,793.15 |
| GENERAL REAL ESTATE MANAGEMENT | $ 30,757.70 |
| GOVENAR, RICHARD K. | $ 9,625.00 |
| HELMUT LERPSCHER | $ 6,215.00 |
| IMAGE IV SYSTEMS, INC. | $ 7,939.14 |
| JOHN BRISCOE | $ 7,843.50 |
| JOHN CALIENDO INC. | $ 8,862.50 |
| KILROY REALTY, L.P. | $ 26,397.32 |
| LEXHAM MANHATTAN BEACH, LLC | $ 146,455.85 |
| LONE WOLF REAL ESTATE TECHNOLOGIES INC. | $ 9,999.00 |
| PLAYA MANCHESTER, LP | $ 36,533.97 |
| PREMIUM FINANCING SPECIALISTS | $ 67,792.33 |
| RE/MAX AGENT TRUST ACCOUNT | $ 7,794.00 |
| RE/MAX INTERNATIONAL | $ 5,500.00 |
| RE/MAX OF CALIFORNIA & HAWAII | $ 35,000.00 |
| RIFE, BYRON | $ 20,000.00 |
| SAF KEEP STORAGE | $ 6,849.66 |
| SPILE SIEGAL LEFF & GOOR  LLP | $ 62,579.51 |
| STATE FARM INSURANCE COMPANY | $ 5,987.01 |
| SUMINSKI, CAROLYN | $ 5,538.58 |
| TREJO, MARCOS | $ 9,350.00 |
| UNITED STATES TREASURY | $ 16,081.87 |
| VERIZON CALIFORNIA | $ 9,572.08 |
| WELLS FARGO ADVISORS | $ 15,478.83 |

SPA #3b

## RE/MAX MARQUEE PARTNERS, INC.
### AGENT TRUST ACCOUNT DISBURSEMENTS JOURNAL
#### 11/13/2009 - 2/12/2010

| PAYEE | TOTAL DISBURS |
|---|---|
| Andrew & Karen Restivo | $ 7,296.00 |
| Dr. Robert & Ana Mancia Gray | $ 11,523.00 |
| Hurwitz James Company | $ 26,880.00 |
| Jeffrey Billinger | $ 43,954.54 |
| Joe Hernandez | $ 18,192.52 |
| RE/MAX MARQUEE PARTNERS, INC. | $ 19,733.45 |
| Tamako Henken | $ 8,845.00 |
| Victoria Berenbau | $ 37,343.58 |

| Source | Payee | Date | Check # | Amount | Reversed |
|--------|-------|------|---------|--------|----------|
| TU | PALM WEST ESCROW | 11/20/2009 | 12307 | 27,570.00 | |
| TU | PENINSULA ESCROW | 12/07/2009 | 12308 | 22,800.00 | |
| TU | LAWYERS TITLE COMPANY | 01/12/2010 | 12309 | 2,000.00 | |
| TU | SOUTH BAY ESCROW | 02/11/2010 | 12310 | 3,000.00 | |
| | | | Total: | 55,370.00 | |

**SFA #3c Attachment**

RE/MAX MARQUEE PARTNERS, INC.

INSIDER PAYMENT RECAP

2-17-09 TO 2-16-10

ALICIA AMUNDSON

| DATE | AMT | DESCRIPTION |
|------|-----|-------------|
| 03/02/09 | $ 2,733.33 | WAGES |
| 03/16/09 | $ 1,863.47 | REPLACEMENT PAYROLL CHECK |
| 04/01/09 | $ 2,733.33 | WAGES |
| 04/16/09 | $ 2,733.33 | WAGES |
| 05/01/09 | $ 2,733.33 | WAGES |
| 05/15/09 | $ 2,733.33 | WAGES |
| 06/01/09 | $ 2,733.33 | WAGES |
| 06/16/09 | $ 2,733.33 | WAGES |
| 07/01/09 | $ 2,733.33 | WAGES |
| 07/16/09 | $ 2,733.33 | WAGES |
| 07/31/09 | $ 2,733.33 | WAGES |
| 08/17/09 | $ 2,733.33 | WAGES |
| 09/01/09 | $ 2,733.33 | WAGES |
| 09/16/09 | $ 2,733.33 | WAGES |
| 10/01/09 | $ 2,733.33 | WAGES |
| 10/16/09 | $ 2,733.33 | WAGES |
| 11/02/09 | $ 2,733.33 | WAGES |
| 11/16/09 | $ 2,733.33 | WAGES |
| 12/01/09 | $ 2,733.33 | WAGES |
| 12/04/09 | $ 125.62 | REIMBURSEMENT |
| 12/15/09 | $ 346.86 | REIMBURSEMENT |
| 12/16/09 | $ 2,733.33 | WAGES |
| 01/02/10 | $ 2,733.33 | WAGES |
| 01/02/10 | $ 1,261.60 | WAGES |
| 01/11/10 | $ 126.10 | REIMBURSEMENT |
| 01/15/10 | $ 2,733.33 | WAGES |
| 02/01/10 | $ 2,733.33 | WAGES |
| 02/11/10 | $ 2,733.33 | WAGES |
| 02/11/10 | $ 4,999.00 | WAGES |

SFA #3C Attachment

RE/MAX MARQUEE PARTNERS, INC.
INSIDER PAYMENT RECAP
2-17-09 TO 2-16-10
DANA AMUNDSON

| DATE | AMT | DESCRIPTION |
|------|-----|-------------|
| 03/02/09 | $ 2,080.97 | WAGES |
| 03/16/09 | $ 2,256.67 | WAGES |
| 04/01/09 | $ 2,256.67 | WAGES |
| 04/16/09 | $ 2,256.67 | WAGES |
| 05/01/09 | $ 2,256.67 | WAGES |
| 05/15/09 | $ 2,256.67 | WAGES |
| 06/01/09 | $ 2,256.67 | WAGES |
| 06/16/09 | $ 2,256.67 | WAGES |
| 07/01/09 | $ 2,256.67 | WAGES |
| 07/16/09 | $ 2,256.67 | WAGES |
| 07/31/09 | $ 2,256.67 | WAGES |
| 08/17/09 | $ 2,256.67 | WAGES |
| 09/01/09 | $ 2,256.67 | WAGES |
| 09/15/09 | $ 13.80 | REIMBURSEMENT |
| 09/16/09 | $ 2,256.67 | WAGES |
| 10/01/09 | $ 2,256.67 | WAGES |
| 10/16/09 | $ 2,256.67 | WAGES |
| 11/02/09 | $ 2,256.67 | WAGES |
| 11/16/09 | $ 2,256.67 | WAGES |
| 12/01/09 | $ 2,256.67 | WAGES |
| 12/16/09 | $ 2,256.67 | WAGES |
| 01/02/10 | $ 2,256.67 | WAGES |
| 01/15/10 | $ 2,256.67 | WAGES |
| 02/01/10 | $ 2,256.67 | WAGES |
| 02/03/10 | $ 45.77 | REIMBURSEMENT |
| 02/04/10 | $ 31.77 | REIMBURSEMENT |
| 02/11/10 | $ 96.02 | REIMBURSEMENT |
| 02/11/10 | $ 2,256.67 | WAGES |
| 02/11/10 | $ 4,999.00 | WAGES |

**SFA #3c Attachment**

RE/MAX MARQUEE PARTNERS, INC.
INSIDER PAYMENT RECAP
2-17-09 TO 2-16-10
LORI ROBINSON

| DATE | AMT | DESCRIPTION |
|------|-----|-------------|
| 03/02/09 | $ 4,666.67 | WAGES |
| 03/16/09 | $ 4,666.67 | WAGES |
| 03/17/09 | $ 38.83 | REIMBURSEMENT |
| 04/01/09 | $ 4,666.67 | WAGES |
| 04/16/09 | $ 4,666.67 | WAGES |
| 05/01/09 | $ 4,666.67 | WAGES |
| 05/15/09 | $ 4,666.67 | WAGES |
| 06/01/09 | $ 4,666.67 | WAGES |
| 06/16/09 | $ 4,666.67 | WAGES |
| 07/01/09 | $ 4,666.67 | WAGES |
| 07/16/09 | $ 4,666.67 | WAGES |
| 07/31/09 | $ 4,666.67 | WAGES |
| 08/10/09 | $ 8.16 | REIMBURSEMENT |
| 08/17/09 | $ 4,666.67 | WAGES |
| 08/31/09 | $ 81.53 | REIMBURSEMENT |
| 09/01/09 | $ 4,666.67 | WAGES |
| 09/16/09 | $ 4,666.67 | WAGES |
| 10/01/09 | $ 4,666.67 | WAGES |
| 10/16/09 | $ 4,666.67 | WAGES |
| 11/02/09 | $ 4,666.67 | WAGES |
| 11/16/09 | $ 5,666.67 | WAGES |
| 12/01/09 | $ 5,666.67 | WAGES |
| 12/03/09 | $ 142.77 | REIMBURSEMENT |
| 12/08/09 | $ 254.39 | REIMBURSEMENT |
| 12/16/09 | $ 5,666.67 | WAGES |
| 12/21/09 | $ 21.14 | REIMBURSEMENT |
| 01/02/10 | $ 5,666.67 | WAGES |
| 01/02/10 | $ 5,230.40 | WAGES |
| 01/05/10 | $ 411.17 | REIMBURSEMENT |
| 01/15/10 | $ 5,666.67 | WAGES |
| 02/01/10 | $ 5,666.67 | WAGES |
| 02/04/10 | $ 25.67 | REIMBURSEMENT |
| 02/11/10 | $ 5,666.67 | WAGES |
| 02/11/10 | $ 4,999.00 | WAGES |

SPA#3c Attachment

RE/MAX MARQUEE PARTNERS, INC.
INSIDER PAYMENT RECAP
2-17-09 TO 2-16-10
HOLLY THOMAS

| DATE | AMT | DESCRIPTION |
|------|-----|-------------|
| 03/02/09 | $ 5,250.00 | WAGES |
| 03/16/09 | $ 5,250.00 | WAGES |
| 04/01/09 | $ 5,250.00 | WAGES |
| 04/14/09 | $ 698.40 | REIMBURSEMENT |
| 04/16/09 | $ 5,250.00 | WAGES |
| 05/01/09 | $ 5,250.00 | WAGES |
| 05/15/09 | $ 7,050.00 | WAGES |
| 06/01/09 | $ 7,050.00 | WAGES |
| 06/16/09 | $ 7,050.00 | WAGES |
| 07/01/09 | $ 7,050.00 | WAGES |
| 07/06/09 | $ 89.24 | REIMBURSEMENT |
| 07/16/09 | $ 7,050.00 | WAGES |
| 07/31/09 | $ 7,050.00 | WAGES |
| 08/06/09 | $ 55.78 | REIMBURSEMENT |
| 08/13/09 | $ 218.12 | REIMBURSEMENT |
| 08/17/09 | $ 7,050.00 | WAGES |
| 09/01/09 | $ 7,050.00 | WAGES |
| 09/15/09 | $ 71.78 | REIMBURSEMENT |
| 09/16/09 | $ 7,050.00 | WAGES |
| 10/01/09 | $ 7,050.00 | WAGES |
| 10/16/09 | $ 7,050.00 | WAGES |
| 10/21/09 | $ 50.00 | REIMBURSEMENT |
| 11/02/09 | $ 7,050.00 | WAGES |
| 11/10/09 | $ 130.62 | REIMBURSEMENT |
| 11/16/09 | $ 7,050.00 | WAGES |
| 12/01/09 | $ 7,050.00 | WAGES |
| 12/04/09 | $ 76.86 | REIMBURSEMENT |
| 12/16/09 | $ 7,050.00 | WAGES |
| 01/02/10 | $ 7,050.00 | WAGES |
| 01/02/10 | $ 3,253.60 | WAGES |
| 01/11/10 | $ 147.44 | REIMBURSEMENT |
| 01/14/10 | $ 237.95 | REIMBURSEMENT |
| 01/15/10 | $ 7,050.00 | WAGES |
| 02/01/10 | $ 7,050.00 | WAGES |
| 02/03/10 | $ 69.36 | REIMBURSEMENT |
| 02/04/10 | $ 22.76 | REIMBURSEMENT |
| 02/11/10 | $ 7,050.00 | WAGES |
| 02/11/10 | $ 4,999.00 | WAGES |

**SFA #3C Attachment**

RE/MAX MARQUEE PARTNERS, INC.
INSIDER PAYMENT RECAP
2-17-09 TO 2-16-10
KELLI TODD

| DATE | AMT | DESCRIPTION |
|------|-----|-------------|
| 03/02/09 | $ 13,000.00 | WAGES |
| 03/16/09 | $ 13,000.00 | WAGES |
| 04/01/09 | $ 13,000.00 | WAGES |
| 04/16/09 | $ 13,000.00 | WAGES |
| 05/01/09 | $ 13,000.00 | WAGES |
| 05/15/09 | $ 13,000.00 | WAGES |
| 06/01/09 | $ 13,000.00 | WAGES |
| 06/16/09 | $ 13,000.00 | WAGES |
| 07/01/09 | $ 13,000.00 | WAGES |
| 07/16/09 | $ 13,000.00 | WAGES |
| 07/31/09 | $ 13,000.00 | WAGES |
| 08/17/09 | $ 13,000.00 | WAGES |
| 09/01/09 | $ 13,000.00 | WAGES |
| 09/16/09 | $ 13,000.00 | WAGES |
| 10/01/09 | $ 13,000.00 | WAGES |
| 10/16/09 | $ 13,000.00 | WAGES |
| 10/20/09 | $ 1,645.10 | REIMBURSEMENT |
| 11/02/09 | $ 13,000.00 | WAGES |
| 11/16/09 | $ 13,000.00 | WAGES |
| 11/24/09 | $ 230.00 | REIMBURSEMENT |
| 11/25/09 | $ 243.85 | REIMBURSEMENT |
| 12/01/09 | $ 13,000.00 | WAGES |
| 12/16/09 | $ 13,000.00 | WAGES |
| 12/30/09 | $ 28.50 | REIMBURSEMENT |
| 01/02/10 | $ 13,000.00 | WAGES |
| 01/15/10 | $ 13,000.00 | WAGES |
| 02/01/10 | $ 13,000.00 | WAGES |
| 02/11/10 | $ 13,000.00 | WAGES |
| 02/11/10 | $ 4,999.00 | WAGES |

**SFA #10 Attachment**
RE/MAX MARQUEE PARTNERS, INC
FURNITURE/EQUIP SOLD DUE TO OFFICE CONSOLIDATIONS
2009

| Name | DESCRIPTION | AMT | DATE PD | TOTAL PD | COMMENTS |
|------|-------------|-----|---------|----------|----------|
| Mia Farrie | 2005 Scion | $5,000.00 | 2/10/2009 | $ 5,000.00 | Third Party |
| Darrick Dennison | Blonde maple short bar stool | $ 5.00 | 3/19/2009 | $ 5.00 | Employee |
| Nicole Robinson | Computer - incl monitor, keyboard, mouse | $ 100.00 | 8/7/2009 | $ 100.00 | Employee |
| Rita Zamudio | Computer - incl monitor, keyboard, mouse | $ 100.00 | 8/3/2009 | $ 100.00 | Employee |
| Kim Luttrull | Black fabric task chair (2) plants/pots - $1 each | $ 20.00 $ 2.00 | 3/11/2009 | $ 22.00 | Employee |
| Annette Castellano | Misc Plants | $ 25.00 | 3/18/2009 | $ 25.00 | Employee |
| Annette Castellano | Misc Plants | $ 10.00 | 3/23/2009 | $ 10.00 | Employee |
| Adonis Curammeng | (2) large plants - $5 each | $ 10.00 | 3/26/2009 | $ 10.00 | Employee |
| Lisa Molina | 17" flat screen computer monitor | $ 60.00 | 3/25/2009 | $ 60.00 | Third Party |
| Adonis Curammeng | 17" flat screen computer monitor | $ 60.00 | 3/25/2009 | $ 60.00 | Employee |
| Don Ferris | Microwave Oven | $ 20.00 | 3/31/2009 | $ 20.00 | Agent |
| Don Ferris | (2) small plants - $1 each | $ 3.00 | 3/25/2009 | $ 3.00 | Agent |
| Gina Strickland | (2) 17" flat screen computer monitors - $60 each | $ 120.00 | 3/25/2009 | $ 120.00 | Employee |
| Barbara Chriss | (2) 17" flat screen computer monitors - $60 each | $ 120.00 | 3/25/2009 | $ 120.00 | Employee |
| Don Karasevicz | Scanner | $ 20.00 | 3/26/2009 | $ 20.00 | Agent |
| Helena Velasquez | Microwave Black Fabric Task Chair 17" flat screen computer monitor | $ 20.00 $ 20.00 $ 60.00 | 3/15/2009 | $ 100.00 | Employee |
| Shelley Rogers | Computer tower only | $ 25.00 | 7/23/2009 | $ 25.00 | Third Party |
| Teltec | Panasonic Phone System + $100 phones | $3,000.00 | 7/15/2009 | $ 3,000.00 | Third Party |
| Sheri Weisbender | White Microwave | $ 20.00 | 4/2/2009 | $ 20.00 | Agent |
| Don Karasevic | Conf Rm leather chair | $ 5.00 | 3/19/2009 | $ 5.00 | Agent |
| Lynn Tannenbaum | 15" flat screen computer monitor | $ 50.00 | 3/27/2009 | $ 50.00 | Agent |
| Shelley Rogers | Microwave | $ 20.00 | 3/27/2009 | $ 20.00 | Third Party |

**SFA #10 Attachment**
RE/MAX MARQUEE PARTNERS, INC
FURNITURE/EQUIP SOLD DUE TO OFFICE CONSOLIDATIONS
2009

| Name | Item | Amount | Date | Total | Type |
|---|---|---|---|---|---|
| Holly Thomas | Scanner<br>(4) black 3 drawer file cabinets from #14 - $10 each<br>Misc Plants | $ 20.00<br>$ 40.00<br>$ 10.00 | 4/2/2009 | $ 70.00 | Employee |
| Fred Wade | Small silver fridge | $ 40.00 | 4/29/2009 | $ 40.00 | Employee |
| Donna Benton | Large stapler | $ 10.00 | 5/4/2009 | $ 10.00 | Agent |
| Mirian Duenas | Scanner | $ 20.00 | 6/25/2009 | $ 20.00 | Agent |
| Kerry Dawson | 15" flat screen computer monitor | $ 50.00 | 6/25/2009 | $ 50.00 | Agent |
| Ken Sisson (Chase) | 17" flat screen computer monitor | $ 60.00 | 3/25/2009 | $ 60.00 | Third Party |
| Delois Burdette | Microwave<br>Black 3 drawer file cabinet from #14 | $ 20.00<br>$ 10.00 | 6/25/2009 | $ 30.00 | Agent |
| Holly Thomas | computer tower (only) $50 | $ 100.00 | 9/3/2009 | $ 100.00 | Employee |
| Heather Hawker | computer tower $50 | $ 50.00 | 9/3/2009 | $ 50.00 | Third Party |
| Darrick Dennison | Computer Tower $50<br>17" flat screen computer monitor $50 | $ 50.00<br>$ 50.00 | 9/8/2009 | $ 100.00 | Employee |
| Helena Velaquez | Computer Tower $50<br>Canon Pixma MP780 Color Printer $40 | $ 50.00<br>$ 40.00 | 9/3/2009 | $ 90.00 | Employee |
| Barbara Chriss | Computer Tower $50<br>Pair of Computer Speakers $10 | $ 50.00<br>$ 10.00 | 9/3/2009 | $ 60.00 | Employee |
| Barbara Chriss | Computer Tower | $ 50.00 | 9/15/2009 | $ 50.00 | Employee |
| Fred Wade | Computer Tower $50<br>17" flat screen computer monitor $50<br>speakers | $ 50.00<br>$ 50.00<br>$ 20.00 | 9/17/2009 | $ 120.00 | Employee |
| Kerry Dawson | (2) black fabric task chairs $15 each | $ 30.00 | | | Agent |
| Ed Breslin | (1) Acer computer tower $50<br>(1) HP computer tower $75<br>(3) 17" flat screen computer monitors $60 each | $ 50.00<br>$ 75.00<br>$ 180.00 | 9/16/2009 | $ 305.00 | Agent |
| Nicole Robinson | flat screen computer monitor | $ 50.00 | 10/16/2009 | $ 50.00 | Employee |
| KLM Engineering | 4700 HP Color Laser Printer | $ 500.00 | 11/10/2009 | $ 500.00 | Third Party |
| D & E Real Estate | 4250 HP Black/White Laser Printer | $ 275.00 | 11/25/2009 | $ 275.00 | Third Party |

**SFA #10 Attachment**
RE/MAX MARQUEE PARTNERS, INC.
FURNITURE/EQUIP SOLD DUE TO OFFICE CONSOLIDATIONS
2009

| Name | Description | Amount | Date | Total | Type |
|---|---|---|---|---|---|
| Annette Castellano | Computer tower | $ 50.00 | 12/21/2009 | $ 50.00 | Employee |
| Brion Tanous | (1) 6' desk; (1) 5' desk; (1) black lateral file cabinet | $ 145.00 | 1/6/2010 | $ 145.00 | Third Party |
| Kerry Dawson | black fabric task chair | $ 15.00 | 1/13/2010 | $ 15.00 | Agent |
| Gina Nguyen | 4' desk / black fabric task chair | $ 25.00 / $ 10.00 | | | Employee |
| Annette Castellano | Staff Refrigerator - Kirland | $ 75.00 | 8/13/2009 | $ 75.00 | Employee |
| Melissa Rosenthal | U-shape wood desk from Exec Ste | $ 450.00 | 6/30/2009 | $ 450.00 | Third Party |
| Holly Thomas | (2) 6' wood bookcases from Exec Ste - $100 each | $ 200.00 | 7/2/2009 | $ 200.00 | Employee |
| Melissa Barlow | OKI5300 Color Printer from Exec Ste | $ 100.00 | 3/26/2009 | $ 100.00 | Agent |
| Bill Mulkey | Desk w/left return / black fabric task chair | $ 100.00 / $ 15.00 | 10/13/2009 | $ 115.00 | Agent |
| Colleen McGuire | 3 drawer gray file cabinet from admin w/no top | $ 15.00 | 10/27/2009 | $ 15.00 | Agent |
| Logan Pennings | (4) 3 drawer gray file cabs w/no tops $15 ea | $ 60.00 | 10/27/2009 | $ 60.00 | Third Party |
| KLM Engineering | Gray Upper wall cabinet / Black fabric task chair / desk w/return / gray/blonde desk w/return / Gray 4 drawer lateral file cabinet / Blonde Bookcase / Counter top from Admin area | $ 30.00 / $ 15.00 / $ 100.00 / $ 60.00 / $ 100.00 / $ 50.00 / $ 25.00 | | | Third Party |
| Richard Govenar | Konica 7145 copy machine + 12 toners | $ 500.00 | 3/13/2009 | $ 500.00 | Third Party |
| John Briscoe | (2) desks - $75 each / Conf Rm leather chair / Joan Crawford picture from ladies restroom | $ 150.00 / $ 40.00 / $ - | 2/24/2009 | $ 190.00 | Agent |
| Diane Kajikawa | Black fabric task chair | $ 25.00 | 2/25/2009 | $ 25.00 | Agent |
| Dan Spitz | (2) Black fabric task chairs - $20 each | $ 40.00 | 3/24/2009 | $ 40.00 | Third Party |
| Bobbie Butler | Black fabric task chair | $ 20.00 | 3/24/2009 | $ 20.00 | Agent |
| John Briscoe | HP4700 Color Printer | $ 750.00 | 5/28/2009 | $ 750.00 | Agent |
| Gary Heligman | (2) Conf Rm leather chairs - $40 each / Black fabric task chair | $ 80.00 / $ 25.00 | 3/1/2009 | $ 105.00 | Agent |

**SFA #10 Attachment**
RE/MAX MARQUEE PARTNERS, INC
FURNITURE/EQUIP SOLD DUE TO OFFICE CONSOLIDATIONS
2009

| Name | Description | Amount | Date | Total | Type |
|---|---|---|---|---|---|
| DW Medical Supply | Desk<br>(4) Guest Chairs - $25 each | $ 75.00<br>$ 100.00 | 2/26/2009 | $ 175.00 | Third Party |
| Delois Burdette | (2) Guest Chairs - $30 each<br>3 Tier Glass Shelf from Conf Rm | $ 60.00<br>$ 15.00 | 3/6/2009 | $ 75.00 | Agent |
| Mina Bharadwa | (6) Guest Chairs - $20 each<br>(2) Black fabric task chairs - $20 each<br>Conf Rm leather chair<br>Desk | $ 120.00<br>$ 40.00<br>$ 30.00<br>$ 50.00 | 3/16/2009 | $ 240.00 | Agent |
| Mina Bharadwa | 3 round end tables from escrow<br>1 coffee table<br>1 couch floral from escrow<br>2 chairs floral from escrow | $ 300.00 | | $ 300.00 | Agent |
| Cynthia Moore | Toaster<br>3 Tier Glass Shelf from Conf Rm<br>Microwave | $ 5.00<br>$ 15.00<br>$ 20.00 | 3/1/2009 | $ 40.00 | Agent |
| Emily Lee DDS | (4) Guest Chairs - $20 each | $ 80.00 | 2/26/2009 | $ 80.00 | Third Party |
| Joe Cunningham | Desk w/return<br>(2) Black fabric task chairs - $25 each | $ 100.00<br>$ 50.00 | 2/27/2009 | $ 150.00 | Agent |
| Joe Cunningham | (6) Guest chairs - $25 each<br>Conf Rm table<br>(2) Black fabric task chairs - $25 each | $ 150.00<br>$ 50.00<br>$ 50.00 | 3/30/2009 | $ 250.00 | Agent |
| Scope Realty | (4) Black fabric task chairs - $25 each | $ 100.00 | 2/25/2009 | $ 100.00 | Third Party |
| Suzanne Lawrence | (2) 4 drawer putty file cabinets - $87.50 each | $ 175.00 | 3/26/2009 | $ 175.00 | Third Party |
| Elizabeth Marquart | computer incl monitor, keyboard, mouse | $ 250.00 | 2/23/2009 | $ 250.00 | Agent |
| Rita Romanskya | (2) lobby end tables - $50 each<br>small plant/pot<br>large tree/pot | $ 100.00<br>$ 10.00<br>$ 20.00 | 2/25/2009 | $ 130.00 | Agent |
| Rory Posin | (3) large plants/pots - $30 each<br>small plant/pot | $ 90.00<br>$ 10.00 | 2/25/2009 | $ 100.00 | Agent |
| Laura Jordan | (2) medium plants/pots - $20 each | $ 40.00 | 2/25/2009 | $ 40.00 | Third Party |
| iColor Printing | Large racetrack conf rm table<br>(2) Conf Rm leather chairs - $30 each | $ 150.00<br>$ 60.00 | 2/23/09 | $ 210.00 | Third Party |

**SFA #10 Attachment**
RE/MAX MARQUEE PARTNERS, INC
FURNITURE/EQUIP SOLD DUE TO OFFICE CONSOLIDATIONS
2009

| Name | Item | Amount | Date | | Type |
|------|------|--------|------|---|------|
| Delois Burdette | Typewriter from #8 | $ 50.00 | 2/25/2009 | $ 90.00 | Agent |
| | (2) Conf Rm leather chairs - $20 each | $ 40.00 | | | |
| Michael Tsvilik | Computer table from #8 | $ 50.00 | 2/26/2009 | $ 125.00 | Agent |
| | (3) Black fabric task chairs - $25 each | $ 75.00 | | | |
| Victoria Berenbau | (2) desks - $75 each | $ 150.00 | 2/26/2009 | $ 230.00 | Agent |
| | (2) Conf Rm leather chairs - $40 each | $ 80.00 | | | |
| Victoria Berenbau | Conf Rm leather chair | $ 40.00 | 2/27/2009 | $ 40.00 | Agent |
| Victoria Berenbau | Binding Machine from #8 | $ 25.00 | 2/27/2009 | $ 25.00 | Agent |
| Emory Donelson | Large tree/pot | $ 30.00 | 2/26/2009 | $ 30.00 | Agent |
| Jerry Ashley | (4) maple wood/fabric guest chairs $20 each | $ 80.00 | 4/8/2009 | $ 80.00 | Employee |
| Helena Velasquez | (2) black 3 drawer file cabinets - $10 each | $ 20.00 | 3/6/2009 | $ 20.00 | Employee |
| Barbara Hoffman | Black 3 drawer file cabinet | $ 10.00 | 3/4/2009 | $ 10.00 | Agent |
| Nicole Robinson | Old yucky microwave | $ 15.00 | 3/18/2009 | $ 15.00 | Employee |
| Alicia Henschel | (2) plants/pots - $5 each | $ 10.00 | 3/19/2009 | $ 10.00 | Employee |
| Denise Fast | (2) black 3 drawer file cabinets - $10 each | $ 20.00 | 3/27/2009 | $ 20.00 | Agent |
| Dennis Martino | (2) black file cabinets - $35 each | $ 70.00 | 3/11/2009 | $ 70.00 | Agent |
| Bobbie Butler | Black 3 drawer file cabinet | $ 10.00 | 3/11/2009 | $ 10.00 | Agent |
| Amy Cimetta | Black 3 drawer file cabinet | $ 10.00 | 3/26/2009 | $ 19.00 | Agent |
| | Misc Plants | $ 9.00 | | | |
| Katrina Matthews | Black 3 drawer file cabinet | $ 10.00 | 3/27/2009 | $ 10.00 | Agent |
| Mary Chiu | Black 3 drawer file cabinet | $ 10.00 | 4/22/2009 | $ 10.00 | Agent |
| Grant Goddard | Black 3 drawer file cabinet | $ 10.00 | 5/4/2009 | $ 10.00 | Agent |
| Lorraine Bird | Black 3 drawer file cabinet | $ 10.00 | 6/25/2009 | $ 10.00 | Agent |

**$12,259.00**

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)    1998 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re

**RE/MAX Marquee Partners, Inc., a California corporation**

Debtor.

Case No.: **2:10-bk-15425-ER**

## DISCLOSURE OF COMPENSATION
## OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept............................................... $ _____ **75,000.00**

    Prior to the filing of this statement I have received.................................. $ _____ **75,000.00**

    Balance Due.................................................................................... $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March 2, 2010**
_Date_

/s/ Stuart I. Koenig
**Stuart I. Koenig**
_Signature of Attorney_
**Creim Macias Koenig & Frey LLP**
_Name of Law Firm_
**633 W. Fifth Street, 51st Floor**
**Los Angeles, CA 90071**
**(213) 614-1944  Fax: (213) 614-1961**